IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **LARRY L. PITTMAN,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of Social Security,**[1] )<br>)<br>Defendant. ) | No. 3:04cv1135<br>Judge Wiseman |

### ORDER of FINAL JUDGMENT

Plaintiff Larry L. Pittman filed this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of the final decision of the Commissioner of the Social Security Administration denying his application for Supplemental Security Income ("SSI"), as provided by the Social Security Act. Now before the Court is Plaintiff's Motion for Judgment on the Record (Doc. No.10), to which the Defendant Commissioner has filed a Response in opposition (Doc. No. 11).

For the reasons set forth in the accompanying Memorandum Opinion, the Court finds that the ALJ's determination is supported by substantial evidence in the record, and each of Plaintiff's objections to his findings is overruled. The Plaintiff's motion for judgment is therefore **DENIED** and the Commissioner's decision **AFFIRMED**. Judgment is hereby entered in favor of the Defendant.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge

---

[1] Michael J. Astrue is automatically substituted for his predecessor Jo Anne Barnhart as Commissioner of the Social Security Administration. Fed. R. Civ. P. 25(d)(1).